#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| **v.** | : | **Case No. JRR-24-118** |
| | : | |
| **ZACKERY THOMAS** | : | |
| | : | |

### ORDER

The court convened a status conference today, April 22, 2025, at which Mr. Thomas appeared remotely. In furtherance of the discussion with counsel for the Government, defense counsel, and Mr. Thomas, it is this 22nd day of April 2025 ORDERED:

To ensure that the court, the Government, and defense counsel are well-positioned to ensure that Mr. Thomas' constitutional rights are met, the court requests the Bureau of Prisons adopt the following procedure:

1. Provide counsel for the Government a detailed status report on May 6, 2025, and every fourteen (14) days thereafter, except that in the event Mr. Thomas fails or refuses to take a scheduled dose of medication, or otherwise to comply with prescribed medical protocol, the Bureau of Prisons shall take all reasonable steps to alert counsel for the Government without delay by email or telephone; and

2. Directly administer Mr. Thomas' medication to him to enhance the likelihood that Mr. Thomas consistently takes his medication as prescribed, and to ensure that if he refuses or declines to take his medication, the Bureau of Prisons can advise counsel for the Government as set forth above.

Counsel shall take steps to ensure the facility at which Mr. Thomas is being treated receives a copy of this this order.

/S/_____
Julie R. Rubin
United States District Judge